IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **FRED MOSELY,** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil Action No. 4:14-cv-282-O | |
| § | | |
| **CITIMORTGAGE, INC.** and § | | |
| **AMERICAN HOMES 4 RENT** § | | |
| **PROPERTIES EIGHT LLC,** § | | |
| § | | |
| Defendants. § | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. The Court **ACCEPTS** the Findings, Conclusions, and Recommendations of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Defendants' Motions to Dismiss (ECF Nos. 5, 12) are **DENIED without prejudice**. If Plaintiff wishes to continue asserting his claims against Defendants, he must file an amended complaint on or before **October 27, 2014**. Plaintiff's failure to timely file such complaint may result in the dismissal of this case without further notice.

**SO ORDERED** on this **17th day** of **October, 2014.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE